No. D–706.   In re Disbarment of Purvis.   Disbarment entered.   [For earlier order herein, see 485 U. S. 1033.]

No. 108, Orig.   Nebraska v. Wyoming et al.   Motion of the Special Master for award of interim compensation and for reimbursement of expenses granted, and the Special Master is awarded $101,129.97 to be paid one-half by Nebraska and one-half by Wyoming.   [For earlier order herein, see, e. g., 485 U. S. 931.]

No. 112, Orig.   Wyoming v. Oklahoma.   Motions of Wyoming Mining Association and Alabama Power Co. for leave to file briefs as amici curiae granted.   Motion for leave to file bill of complaint granted.   Defendant is allowed 60 days within which to file an answer.

No. 87–107.   Patterson v. McLean Credit Union.   C. A. 4th Cir.   [Certiorari granted, 484 U. S. 814.]   Motion of American Jewish Congress et al. for leave to file a brief as amici curiae out of time granted.

No. 87–796.   Cities Service Gas Co. et al. v. Mobil Oil Corp. et al.   C. A. 10th Cir.   Motion of the parties to defer consideration of the petition for writ of certiorari granted.

No. 87–1346.   Bonito Boats, Inc. v. Thunder Craft Boats, Inc.   Sup. Ct. Fla.   [Certiorari granted, 486 U. S. 1004.]   Charles Lipsey, Esq., of Washington, D. C., is invited to brief and argue this case in support of the judgment below as amicus curiae.

No. 87–1589.   Pittsburgh & Lake Erie Railroad Co. v. Railway Labor Executives' Assn. et al.   C. A. 3d Cir.; and
No. 87–1888.   Pittsburgh & Lake Erie Railroad Co. v. Railway Labor Executives' Assn. et al.   C. A. 3d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.